UNITED DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| AMY PHILBRICK, LLC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No: 06-cv-254 |
| ) | |
| v. ) | |
| ) | |
| S/V NIOBE, Official No. ME5800S, ) | |
| her engines, machinery, equipment, ) | |
| masts, etc., *in rem*; and ) | |
| ) | |
| The Estate of Stephen Woods, ) | |
| State of New Hampshire, and Deborah ) | |
| Woods *in personam*, ) | |
| ) | |
| Defendants. ) | |

ORDER FOR ISSUANCE OF WARRANT OF MARITIME ARREST

Upon reading the Verified Complaint and Motion for court review of verified complaint and supporting papers, the Court finding that the conditions for an action *in rem* pursuant to Rules C and E, Fed. R. Civ. P., Supplemental Rules for Certain Admiralty and Maritime Claims, appear to exist, it is hereby

ORDERED, that the Clerk shall issue a warrant of maritime arrest of the S/V NIOBE, Official No. ME5800S, as prayed for in the Complaint; and

IT IS FURTHER ORDERED that any person claiming an interest in the property arrested pursuant to said Order shall, upon application to the Court, be entitled to a prompt hearing at which the Plaintiff shall be required to show why the arrest should not be vacated or other relief granted; and

IT IS FURTHER ORDERED that a copy of this Order be attached to and served with said warrant of maritime arrest.

Dated at Concord, New Hampshire this \_\_17th\_\_ day of \_\_\_July_____, 2006.

/s/ Joseph A. DiClerico, Jr.
_____
United States District Judge