UNITED DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| AMY PHILBRICK, LLC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No: 06-cv-256 |
| ) | |
| v. ) | |
| ) | |
| S/V NIOBE, Official No. ME5800S, ) | |
| her engines, machinery, equipment, ) | |
| masts, etc., *in rem*; and ) | |
| ) | |
| The Estate of Stephen Woods, ) | |
| State of New Hampshire, and Deborah ) | |
| Woods *in personam*, ) | |
| ) | |
| Defendants. ) | |

### ORDER OF NOTICE

This action being an admiralty claim within the provisions of Rule 9(h) of the Federal Rules of Civil Procedure, and Rule C of the Federal Rules of Civil Procedure, Supplemental Rules for Certain Admiralty and Maritime Claims, in the event that the S/V NIOBE, Official No. ME5800S, is not released within ten (10) days after execution of process:

1. It is hereby ORDERED that the Plaintiff cause to be published within twenty (20) days after execution of process in the Manchester Union Leader the Notice or Notices (as applicable) attached hereto as Exhibit A and incorporated herein.

2. It is further ORDERED, pursuant to 46 U.S.C. Section 31325, that Notice of this suit be provided (1) to the master or individual in charge of the S/V NIOBE, Official No. ME5800S, or to the owner; and (2) to any person, firm, or corporation that has recorded a mortgage pursuant to 46 U.S.C. Section 31321 or who has filed a Notice of Lien as of the

date of this Order of any undischarged lien, by mailing by certified mail, return receipt requested, a copy of the within Notice or Notices (as applicable), such mailing to be made within (10) days after execution of process.

DATED at Concord, New Hampshire, this  17th  day of  July , 2006.

/s/ Joseph A. DiClerico, Jr.
Judge, United States District Court

2